JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TRAVIS HOYT, and PROGRESSIVE INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CV 07–3966 PA (AGRx) <br><br> JUDGMENT |

In accordance with the Court's Findings of Fact and Conclusions of Law, and the Court's granting of the United States of America's ("Defendant") Federal Rule of Civil Procedure 52(c) Motion for Judgment on Partial Findings, Defendant is not liable for negligence.

    It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

    1.   Michael Travis Hoyt and Progressive Insurance Company ("Plaintiffs") shall recover nothing from Defendant on Plaintiffs' claims;

    2.   Defendant shall have judgment in its favor on Plaintiffs' claims;

1       3.      Defendant shall recover from Plaintiffs its costs of suit.

2       The Clerk is ordered to enter this Judgment.

4       DATED: November 14, 2008                    _____
                                                    Percy Anderson
                                                    UNITED STATES DISTRICT JUDGE